Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Craig Bitman**
212-309-7190
cbitman@morganlewis.com
**VIA DHL Express Courier**

May 20, 2004

Jonathan M. Feigenbaum, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA 02114

Re:     Deborah M. Bourque

Dear Mr. Feigenbaum,

Your letter of March 16, 2004 to Scott M. Northcutt, of DHL Americas has been referred to us.

In your letter you request a copy of the MetLife Disability plan document and the summary plan description ("SPD") for that plan. I am enclosing both the SPD and the MetLife Disability Certificate. Please note, I have been informed by DHL, that Airborne employees received their annual benefits book (SPD) during open enrollment, and that each year the books were sent out directly to each covered employee at their work location. According to DHL personnel, Ms. Bourque would have received her 1999 benefits book (SPD) during the open enrollment period in October 1998.

Please direct any additional correspondence to DHL Express either to me or to:

        Joshua B. Frank
        Senior Legal Counsel
        DHL Express
        1200 South Pine Island Road, Suite 600
        Plantation FL 33324

Sincerely,

Craig Bitman

c:      Joshua B. Frank, Esq.
        Pamela Hudson, Metropolitan Life Insurance Company

1-NY/1782308.1