AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Deborah M. Bourque

2004 OCT 18 P 2: 12

## SUMMONS IN A CIVIL ACTION

V.

Metroplitan Life Insurance Company
Airborne Express Long Term
Disability Plan
Airborne Express, Inc.

CASE NUMBER:

**04-12037 WGY**

TO: (Name and address of Defendant)  Metropolitan Life Insurance Company
c/o Massachusetts Division of Insurance
1 South Station
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Feigenbaum, Esquire
Phillips & Angley
One Bowon Square
Boston, MA  02114

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



9/24/2004

CLERK                                                          DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/29/04 |
| NAME OF SERVER (PRINT) Carey A. Luckey | TITLE Admin Asst. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): First Class Mail to Metropolitan Life Insurance Company, Attn: Gary Beller, One Madison Avenue, New York, NY 10010

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEP 2 9 2004

*Signature of Server:* Carey A. Luckey

*Address of Server:* One South Station, Boston, MA 02110

[stamp: RECEIVED SEP 29 2004 DIVISION OF INSURANCE LEGAL DIVISION]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.