UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12037-WGY

| | |
|---|---|
| DEBORAH M. BOURQUE<br>    Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendant Metropolitan Life Insurance Company in the above-captioned matter.

METROPOLITAN LIFE INSURANCE
COMPANY,
By its attorneys,

/s/ James F. Kavanaugh, Jr.
James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: November 10, 2004

213582.1