UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.  04-12037-WGY

|  |  |
|---|---|
| DEBORAH M. BOURQUE<br>    Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendant Metropolitan Life Insurance Company in the above-captioned matter.

        METROPOLITAN LIFE INSURANCE
        COMPANY,
        By its attorneys,


        /s/ Constance M. McGrane
        Constance M. McGrane BBO#546745
        CONN KAVANAUGH ROSENTHAL PEISCH
          & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        617-482-8200

DATED: November 10, 2004

213585.1