UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12037-WGY

| | |
|---|---|
| DEBORAH M. BOURQUE<br>  Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, *et al.*,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION OF METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT**

The defendant, Metropolitan Life Insurance Company ("MetLife"), with the assent of counsel to the plaintiff, hereby moves pursuant to Fed. R. Civ. P. 6(b) to enlarge the time within which it must serve a response to the complaint to and including November 29, 2004. As grounds therefore, MetLife states that said additional time is necessary for it to obtain documents, investigate the facts and to prepare its response.

| ASSENTED TO:<br>Attorney for Plaintiff, | METROPOLITAN LIFE INSURANCE COMPANY,<br>By its attorneys, |
|---|---|
| Jonathan M. Feigenbaum by<br>Constance M. McGrane (11/10/04) | /s/ Constance M. McGrane |
| Jonathan M. Feigenbaum (BBO # 546686)<br>PHILLIPS & ANGLEY<br>One Bowdoin Square<br>Boston, MA 02114<br>617-367-8787 | James F. Kavanaugh, Jr. (BBO # 262360)<br>Constance M. McGrane (BBO # 546745)<br>CONN KAVANAUGH ROSENTHAL PEISCH<br>  & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>617-482-8200 |

Dated:  November 10, 2004

213627.1