UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12037-WGY

| | |
|---|---|
| DEBORAH M. BOURQUE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

CERTIFICATION OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY
PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certify as follows:

1. Defendant and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Lowell D. Kass, Esq.
Counsel
Metropolitan Life Insurance
Company
27-01 Queens Plaza North
Long Island City, NY 11101

/s/Constance M. McGrane
_____
James F. Kavanaugh, Jr.
BBO #262360
Constance M. McGrane
BBO #546745
Counsel for Metropolitan Life Insurance
Company
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

216328.1