UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12037-WGY

_____
DEBORAH M. BOURQUE            )
                              )
    Plaintiff,                )
                              )
v.                            )
                              )
METROPOLITAN LIFE             )
INSURANCE COMPANY, et al.     )
                              )
    Defendants.               )

## NOTICE OF FILING

Metropolitan Life Insurance Company ("MetLife"), hereby provides notice that it has filed with the Court a paper copy of four volumes of documents entitled "Partial Record For Judicial Review." MetLife contends that this is the complete record for judicial review. Plaintiff contends that it is not.

The documents consist of documents which have been produced to the plaintiff, numbered BQ00001 to BQ01518. The documents have been redacted to exclude personal data identifiers and privileged information.

        Respectfully submitted,

        Metropolitan Life Insurance Company,
        By its attorneys,

        /s/Constance M. McGrane
        James F. Kavanaugh, Jr. BBO #262360
        Constance M. McGrane BBO #546745
        Conn Kavanaugh Rosenthal Peisch & Ford, LLP
        Ten Post Office Square
        Boston, MA 02109
        617-482-8200

DATED: March 11, 2005
221879.1