UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH M. BOURQUE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, AIRBORNE EXPRESS LONG
TERM DISABILITY PLAN, AIRBORNE,
EXPRESS, INC.

    Defendants.

Civil Action No.: 04-12037-WGY

**PLAINTIFF'S MOTION FOR
FOCUSED PRE-TRIAL DISCOVERY RELATING TO
THE SCOPE OF THE ADMINISTRATIVE RECORD
<u>WITH RULE 7.1 CERTIFICATION</u>**

NOW COMES the plaintiff, Deborah Bourque ("Bourque"), pursuant to Rule 7(b) of F.R.C.P., Rule 7.1 of the local rules and the Scheduling Order of this Court, moving this Court to enter an order permitting the plaintiff to engage in limited and focused pre-trial discovery. In support of this motion, the plaintiff has filed her memorandum in support with exhibits. The form of a proposed discovery follows the signature page of this motion.

Bourque filed this action, under 29 U.S.C. § 1132(a)(1)(B) ("ERISA"), after Metropolitan Life Insurance Company ("MetLife") unlawfully terminated long term disability benefits that it had paid to her for years.

The purpose of the motion is to discover, the scope of documents that comprise the administrative record relating to the basis for MetLife's termination of Bourque's

1

long-term disability benefits ("LTD benefits:), and to demonstrate that MetLife and its medical reviewers are conflicted reviewers of her claim for benefits.

The almost identical discovery that Bourque seeks was allowed in <u>Palmiotti v. Metropolitan Life Insurance Company</u>, 2005 WL 552017 (March 9, 2005, S.D.N.Y.), and <u>Clark v. Metropolitan Life Insurance Company</u> et al, CV04-1236-VAP, United States District Court for the Central District of California. (A copy of the order is with the exhibits to Bourque's memorandum).

The proposed Interrogatories and Document Requests follow the undersigned's signature and have the notation EXHIBIT 1 and EXHIBIT 2, on the top right margin.

Plaintiff seeks to shorten the time frame under which the defendant must produce documents and answer interrogatories within fifteen days of this Court entering an order, because the current scheduling order of this Court which requires the parties to file cross motions for summary judgment no later than May 18, 2005.

In further support of this motion, plaintiff has filed a memorandum of law with supporting exhibits showing that many Courts have required MetLife to produce the materials sought.

**RULE 7.1 CERTIFICATION**

Plaintiff's counsel certifies that he conferred with attorney Constance McGrane who represents MetLife in this matter, before the scheduling conference of January 3, 2005, and after the scheduling conference, advising that the plaintiff wanted to take limited discovery. Counsel for each party could not reach a mutually agreeable resolution regarding the discovery that plaintiff seeks.

                                       DEBORAH BOURQUE
                                       */s/ Jonathan M. Feigenbaum*

                                       Jonathan M. Feigenbaum, Esq.
                                       B.B.O. #546686
                                       Philips & Angley
                                       One Bowdoin Square
                                       Boston, MA 02114
                                       Tel. No. : (617) 367-8787

Date: March 19, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EXHIBIT 1

DEBORAH M. BOURQUE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, AIRBORNE EXPRESS LONG
TERM DISABILITY PLAN, AIRBORNE,
EXPRESS, INC.

    Defendants.

Civil Action No.: 04-12037-WGY

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
PROPOUNDED TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY**

Pursuant to Rule 33 of the F.R.C.P., plaintiff, propounds the following interrogatories to be answered under oath by the defendant Metropolitan Life Insurance Company ("Defendant"), within fifteen (15) days of this Court entering an order permitting discovery. These interrogatories incorporate local rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts.

## INTERROGATORIES

1.      State the number of times that Defendant have utilized the services of the Defendant medical reviewers, Dr. Gary Philip Greenhood, MD, and Dr. Steven Feagin, MD, who have reviewed the plaintiff's claim for the Defendant.

2.      State the amounts paid to the Defendant medical reviewers, Dr. Gary Philip Greenhood, MD, and Dr. Steven Feagin, MD, who reviewed plaintiff's claim, and the amounts paid to each of those medical reviewers in the three (3) years preceding the review of the Plaintiff's claim.

3.      In the event that the medical reviewers, Dr. Gary Philip Greenhood, MD, and Dr. Steven Feagin, MD, were subcontracted by another agency (i.e. Network Medical Review, Elite Physicians) working on behalf of Defendant, the amounts paid by Defendant to the subcontracting company in the three (3) years preceding the review of the Plaintiff's claim.

DEBORAH BOURQUE
*/s/ Jonathan M. Feigenbaum*

Jonathan M. Feigenbaum, Esq.
B.B.O. #546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EXHIBIT 2**

DEBORAH M. BOURQUE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE           Civil Action No.: 04-12037-WGY
COMPANY, AIRBORNE EXPRESS LONG
TERM DISABILITY PLAN, AIRBORNE,
EXPRESS, INC.

    Defendants.

**PLAINTIFF'S FIRST SET DOCUMENT REQUESTS**
**PROPOUNDED TO DEFENDANT METROPOLITAN LIFE**
**INSURANCE COMPANY**

Pursuant to Rule 34 of the F.R.C.P., plaintiff, propounds the following document requests to be responded to by defendant Metropolitan Life Insurance Company ("Defendant"), within fifteen (15) days of this Court entering an order permitting discovery. Defendant is to produce the documents at plaintiff's counsel's office. Plaintiff's counsel agrees to pay reasonable copying and delivery costs for obtaining copies of such documents. These document requests incorporate local rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts.

## **DOCUMENTS REQUESTED**

1.      The Plaintiff requests that the MetLife produce all claims manuals, "Best Practices Manual and MetLife's Claims Management Guidelines," (referenced in Cohen v. MetLife) "MetLife's Claim Management Guidelines( referenced in Martin v. Polaroid), MetLife Disability Durational Guidelines (referenced in Palmiotti v. MetLife) instructional and training documents available to MetLife's claims adjusters from October 1999 (the date that Bourque was first granted benefits) through the current time.

2.      All written communications between Defendant and the Plan Sponsor, Airborne Express, Inc., demonstrating that the Plan Sponsor, prior to the purchase of the subject Defendant group insurance policy, affirmatively requested language be included in the Defendant group insurance policy, delegating discretion upon Defendant to interpret the Plan terms and/or to determine eligibility for disability benefits.

3.      In the event that no documents exist in response to the previous document request, all documentation in written or electronic form, establishing how the language delegating discretion upon Defendant to interpret Plan terms and/or to determine eligibility for disability benefits came to be included in the subject group insurance policy.

4.      Correspondence between MetLife to Network Medical Review or Elite Physicians regarding general procedures (not particular to any one claim) that Network Medical Review or Elite Physicians should employ when reviewing claims records as requested by Defendant.

5.    All documents transmitted between Defendant and Dr. Gary Philip Greenhood, MD concerning Bourque.

6.    All documents transmitted between Defendant and Dr. Steven Feagin, MD concerning Bourque.

                                                 DEBORAH BOURQUE
                                                 */s/ Jonathan M. Feigenbaum*

                                                 Jonathan M. Feigenbaum, Esq.
                                                 B.B.O. #546686
                                                 Philips & Angley
                                                 One Bowdoin Square
                                                 Boston, MA 02114
                                                 Tel. No. : (617) 367-8787

L:\Dbor002\motion.discovery.wpd