UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. BOURQUE,<br><br>  Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY ET AL<br><br>  Defendants | Civil Action No. 04-12037-WGY |

**PLAINTIFF'S
MOTION THAT THE DENIAL OF BENEFITS CLAIM
BY METROPOLITAN LIFE INSURANCE COMPANY
IS SUBJECT TO THE "DE NOVO" STANDARD OF REVIEW
<u>WITH RULE 7.1 CERTIFICATION</u>**

  NOW COMES the plaintiff, Deborah Bourque ("Bourque"), pursuant to Rule 7(b) of F.R.C.P., Rule 7.1 of the local rules and the Scheduling Order of this Court, moving this Court to enter an order determining the standard of review of this long term disability benefits denial to be *de novo*. In support of this motion, the plaintiff has filed her memorandum in support with an accompanying Exhibit A.

## RULE 7.1 CERTIFICATION

Plaintiff's counsel certifies that he conferred with attorney Constance McGrane who represents MetLife in this matter, before the scheduling conference of January 3, 2005, advising that the standard of review should be *de novo*. MetLife's counsel disagreed, and plaintiff's counsel stated that the issue could be resolved by motion, as is often done following what ERISA attorneys often refer to as the *Recupero* method established by Judge Keeton.

                                                                            DEBORAH BOURQUE
                                                                            By Her Attorneys,

                                                                            */s/Jonathan M. Feigenbaum*

Date:   March 19, 2005                                        _____
                                                                            Jonathan M. Feigenbaum, Esq.
                                                                             B.B.O. N#546686
                                                                              Philips & Angley
                                                                              One Bowdoin Square
                                                                              Boston, MA 02114
                                                                              Tel. No. : (617) 367-8787

L:\Dbor002\motion.standard.review.wpd