UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. BOURQUE,<br><br>Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY ET AL<br><br>Defendants | Civil Action No. 04-12037-WGY |

# Exhibit A

**MEMORANDUM OF PLAINTIFF IN SUPPORT OF
MOTION THAT THE DENIAL OF BENEFITS CLAIM
BY METROPOLITAN LIFE INSURANCE COMPANY
IS SUBJECT TO THE "DE NOVO" STANDARD OF REVIEW**

# Your Group
# Long Term Disability
# Benefits Plan

AIRBORNE EXPRESS, INC.

500000011

BQ 00011

## ERISA INFORMATION-Continued

PLAN YEAR

The plan's fiscal records are kept on a policy year beginning January 1 and ending on the following December 31.

CLAIMS PROCEDURE

### Procedures For Presenting Claims For Benefits

Claim forms needed to file for benefits under the group benefit plan can be obtained from your employer who will also be ready to answer questions about the benefits and to assist you or your eligible survivor in filing claims.

The completed claim form should be returned to your employer who will certify that you are covered under the plan and will then forward the claim form to Metropolitan.

When the claim has been processed, you or your eligible survivor will be notified of the benefits paid. If any benefits have been denied, you or your eligible survivor will receive a written explanation.

Routine Questions

If there is any question about a claim payment, an explanation can be requested from Metropolitan through your employer or by direct contact with your Metropolitan Group LTD Claim Office.

### Requesting A Review Of Claims Denied In Whole Or In Part

In the event a claim has been denied in whole or in part, you or your eligible survivor can request a review of your claim by Metropolitan. This request for review should be sent to Group Insurance Claims Review at the address of Metropolitan's office which processed the claim within 60 days after you or your eligible survivor receive notice of denial of the claim. When requesting a review, please state the reason you or your eligible survivor believe the claim was improperly denied and submit any data, questions or comments you or your eligible survivor deem appropriate.

Metropolitan will re-evaluate all information and you or your eligible survivor will be informed of the decision in a timely manner.

500G0030

BQ 00036

## ERISA INFORMATION-Continued

### DISCRETIONARY AUTHORITY OF PLAN ADMINISTRATOR AND OTHER PLAN FIDUCIARIES

In carrying out their respective responsibilities under the plan, the plan administrator and other plan fiduciaries shall have discretionary authority to interpret the terms of the plan and to determine eligibility for and entitlement to plan benefits in accordance with the terms of the plan. Any interpretation or determination made pursuant to such discretionary authority shall be given full force and effect, unless it can be shown that the interpretation or determination was arbitrary and capricious.

### STATEMENT OF ERISA RIGHTS

The following statement is required by federal law and regulation.

As a participant in this plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

Examine, without charge, at the plan administrator's office and at other specified locations, all plan documents, including insurance contracts, collective bargaining agreements, if any, and copies of all documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim.

23

500000037

BQ 00037

*Outgoing Corresp.*

040810018695

**Metropolitan Life Insurance Company**

**MetLife**

**MetLife Disability**
PO Box 14592
Lexington, KY 40511

July 29, 2004

Jonathan M. Feigenbaum
Attorney At Law
Phillips & Angley
Attorneys and Counselors at Law
One Bowdoin Square
Boston Mass 02114

                RE:    Long-Term Disability
                       Claim No.: 740001310307
                       Group No.: 74632

Dear Mr. Feigenbaum

We are continuing our review of your client, Deborah Bourque's appeal of the claim denial. We find that we need an additional 45 days to render a decision on the appeal.

This extension is necessary for the following special circumstance(s):

    As additional medical information was on July 16, 2004.

We will notify you in writing of our determination when the appeal review is complete. Your continued patience is appreciated.

Should you have any questions, please contact a customer service representative at our toll free number. The representatives at our customer response center can assist you with most claim questions.

Sincerely,

*Connie Kember*

Appeal Unit
Met DisAbility

BQ 00872