IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. BOURQUE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AIRBORNE EXPRESS LONG TERM DISABILITY PLAN, AIRBORNE EXPRESS, INC.,<br><br>　　　　　　　　　　Defendants. | Civil Action<br>No. 04-12037-WGY |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT AIRBORNE EXPRESS, INC., AS TO COUNT III WITH PREJUDICE AND DEFENDANT AIRBORNE EXPRESS LONG TERM DISABILITY PLAN AS TO COUNT I WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties that (1) all claims asserted by Plaintiff against Defendant Airborne Express, Inc. in Count III of her Complaint are dismissed *with* prejudice, and (2) all claims asserted by Plaintiff against Defendant Airborne Express Long Term Disability Plan in Count I of her Complaint are dismissed *without* prejudice.

Each party shall bear its own counsel fees and costs.

_____          _____
Jonathan M. Feigenbaum, Esquire       Jeffrey W. Moss, Esquire
B.B.O. #546686                        B.B.O # 552421
Philips & Angley                      Morgan Lewis & Bockius LLP
One Bowdoin Square                    225 Franklin Street, Suite 1705
Boston, MA  02114                     Boston, MA  02110
617-367-8787                          617-451-9700

Attorneys for Plaintiff               Attorneys for Defendants Airborne Express Long
Deborah M. Bourque                    Term Disability Plan and Airborne Express, Inc.


_____
Constance M. McGrane
B.B.O # 546745
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
Boston, MA  02109
617-482-8200

Attorney for Defendant Metropolitan Life Insurance Company