UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04 – 12037 - WGY

| | |
|---|---|
| | ) |
| DEBORAH M. BOURQUE | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, | ) |
| Defendant | ) |
| | ) |

# **EXHIBIT A**

## **TO**

**OPPOSITION TO PLAINTIFF'S MOTION THAT THE DENIAL OF BENEFITS
CLAIM BY METROPOLITAN LIFE INSURANCE COMPANY IS SUBJECT TO THE
"DE NOVO" STANDARD OF REVIEW**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Craig Bitman**
212-309-7190
cbitman@morganlewis.com
**VIA DHL Express Courier**

May 20, 2004

Jonathan M. Feigenbaum, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA 02114

Re:    Deborah M. Bourque

Dear Mr. Feigenbaum,

Your letter of March 16, 2004 to Scott M. Northcutt, of DHL Americas has been referred to us.

In your letter you request a copy of the MetLife Disability plan document and the summary plan description ("SPD") for that plan. I am enclosing both the SPD and the MetLife Disability Certificate. Please note, I have been informed by DHL, that Airborne employees received their annual benefits book (SPD) during open enrollment, and that each year the books were sent out directly to each covered employee at their work location. According to DHL personnel, Ms. Bourque would have received her 1999 benefits book (SPD) during the open enrollment period in October 1998.

Please direct any additional correspondence to DHL Express either to me or to:

Joshua B. Frank
Senior Legal Counsel
DHL Express
1200 South Pine Island Road, Suite 600
Plantation FL 33324

Sincerely,

Craig Bitman

c:    Joshua B. Frank, Esq.
      Pamela Hudson, Metropolitan Life Insurance Company

DBOR/001

ż00000001

1-NY/1782308.1

BQ 01488

# ✹ MetLife®

**Metropolitan Life Insurance Company**

**A Mutual Company Incorporated in New York State**

Certifies that, under and subject to the terms and conditions of Group Policy No. 4632-G1-LTD issued to Airborne Freight Corporation, coverage is provided for each Employee as defined herein.

The date when an Employee is eligible for coverage is set forth in the form with the title Eligibility For Benefits.

The date when an Employee's Personal Benefits become effective is set forth in the form with the title Effective Dates of Personal Benefits.

The amounts of coverage are determined by the form with the title Schedule of Benefits.

**METROPOLITAN LIFE INSURANCE COMPANY,**

Robert G. Schwartz
Chairman of the Board,
President and Chief Executive Officer.

Form G.23000-Cert-1

400000002

BQ 01489

## TABLE OF CONTENTS

TITLE OF PAGE                                                              PAGE NO.

Schedule Of Benefits  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

Schedule Supplement  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

Definitions Of Certain Terms Used Herein  . . . . . . . . . . . . . . . . . . . . . . . . 5

Eligibility For Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Effective Dates Of Personal Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Long Term Disability Benefits  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

When Benefits End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

Conditions Under Which Your Active Work Is Deemed To Continue . . .17

Claim Procedure For Long Term Disability Benefits  . . . . . . . . . . . . . . . .18

Notices  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

ERISA Information  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

400000003

BQ 01490

# SCHEDULE OF BENEFITS

## (Also see SCHEDULE SUPPLEMENT)

**Long Term Disability Benefits**

**Elimination Period:**  180 days

**Monthly Benefit:**

The Monthly Benefit is the lesser of:

(1)  The Maximum Monthly Benefit shown below minus Other Income Benefits; or

(2)  60% of Basic Monthly Earnings minus Other Income Benefits.

However, after the first 24 months of Monthly Benefit payments, if you are performing any gainful work or service while Disabled, the Monthly Benefit will be reduced by 50% of any compensation earned.

Any evidence needed to verify your earnings must be given to us when requested.

Other Income Benefits are described in Section 3 of LONG TERM DIS-ABILITY BENEFITS.

**Maximum Monthly Benefit:**  $10,000

**Minimum Monthly Benefit:**    10% of your Gross Monthly Benefit, but not less than $50.

**Maximum Benefit Duration:**

The Maximum Benefit Duration shall be the greater of:

(1)  The Benefit Duration limit as shown in Table 1 below; or

(2)  Your normal retirement age as defined by the Social Security Amendments of 1983, shown in Table 2 below.

### Table 1 — Benefit Duration Limit

| Your Age When Disability Starts | Benefit Duration |
|---|---|
| Under age 60 | To Age 65 |
| 60 but less than 61 | 60 months |
| 61 but less than 62 | 48 months |
| 62 but less than 63 | 42 months |
| 63 but less than 64 | 36 months |
| 64 but less than 65 | 30 months |

Form G.23000-B                    1

400000004

BQ 01491

## SCHEDULE OF BENEFITS-Continued

| | |
|---|---|
| 65 but less than 66 | 24 months |
| 66 but less than 67 | 21 months |
| 67 but less than 68 | 18 months |
| 68 but less than 69 | 15 months |
| 69 and over | 12 months |

### Table 2 — Social Security Normal Retirement Age

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 Months |
| 1939 | 65 and 4 Months |
| 1940 | 65 and 6 Months |
| 1941 | 65 and 8 Months |
| 1942 | 65 and 10 Months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 Months |
| 1956 | 66 and 4 Months |
| 1957 | 66 and 6 Months |
| 1958 | 66 and 8 Months |
| 1959 | 66 and 10 Months |
| After 1959 | 67 |

**Increases and Decreases in Amount of Monthly Benefit**

The amount of your Monthly Benefit may change as a result of a change in your earnings or class. The new Monthly Benefit amount:

(1) will take effect on the date of the change; and

(2) will apply only to Disabilities commencing thereafter.

There is an exception if you are not Actively at Work on the above date. In this case, the new Monthly Benefit amount will take effect on the date of return to Active Work.

Form G.23000-B                    2

400000005

BQ 01492

# SCHEDULE SUPPLEMENT

### 1.   STATEMENTS MADE BY YOU WHICH RELATE TO INSURABILITY

Any statement made by you will be deemed a representation and not a warranty.

No such statement made by you which relates to insurability will be used:

(a)  in contesting the validity of the benefits with respect to which such statement was made; or

(b)  to reduce the benefits;

unless the conditions listed in items (1) and (2) below have been met.

(1)  The statement must be contained in a written application which has been signed by you.

(2)  A copy of the application has been furnished to you.

No such statement made by you will be used at all after such benefits have been in force prior to the contest for a period of two years during the lifetime of the person to whom the statement applies.

### 2.   TIME LIMIT ON CERTAIN DEFENSES

After This Plan has been in force 2 years from the date of its issue, no statement of the Employer shall be used to void This Plan.

### 3.   ASSIGNMENT

No assignment of any present or future right or benefit under This Plan will bind us without our written consent.

### 4.   REFUND TO US FOR OVERPAYMENT OF BENEFITS

If at any time we determine that the total amount paid on a claim is more than the total amount due, including any overpayment resulting from retroactive awards received from sources listed in Other Income Benefits, we have the right to recover the excess amount from the person to whom such payment was made. However, we, at our option, may recover the excess amount by reducing or offsetting against any future benefits payable to such person.

Form G.23000-B1                            3

400060006

BQ 01493

## SCHEDULE SUPPLEMENT-Continued

5.  **ADDITIONAL PROVISIONS**

A.  The benefits under This Plan do not at any time provide paid-up insurance, or loan or cash values.

B.  No agent has the authority:

    (a) to accept or to waive the required notice or proof of a claim; nor

    (b) to extend the time within which a notice or a proof must be given to us.

Form G.23000-B1                          4

**400000007**

BQ 01494

## DEFINITIONS OF CERTAIN TERMS USED HEREIN

1. "We," "us" and "our" mean Metropolitan.

2. "This Plan" means the Group Policy or Policies which are issued by us to provide Personal Benefits.

3. "You" and "your" means the Employee who is covered for Personal Benefits.

4. "Employee" means a person who is:

   (a) employed and paid for services by Airborne Freight Corporation, or by ABX Air, Inc. or Aviation Fuel, Inc., subsidiaries of Airborne Freight Corporation; and

   (b) a member of a class of Employees shown below.

   Class - All active Full-time Employees, except:

   > (a) Executives; and

   > (b) persons covered for benefits under a negotiated contract.

   "Full-time" means an Employee is regularly scheduled to work 40 hours per week for the Employer.

   For the purposes of determining eligibility and effective dates of benefits, an Employee shall be deemed to be in the employ of the Employer if such Employee is in the employ of a subsidiary company of the Employer specified in the definition of the term "Employee".

5. "Employer" means Airborne Freight Corporation.

6. "Personal Benefits" means the benefits which are provided on account of an Employee under This Plan.

7. "Doctor" means a person who is legally licensed to practice medicine. A licensed practitioner will be considered a Doctor if:

   (a) there is a law which applies to This Plan and that law requires that any service performed by such a practitioner must be considered on the same basis as if the service were performed by a Doctor; and

   (b) the service performed by the practitioner is within the scope of his or her license.

Form G.23000-A                          5

BQ 01495

## ELIGIBILITY FOR BENEFITS

Your Personal Benefits Eligibility Date is the later of:

(a)  January 1, 1992; and

(b)  the day after the date you complete 12 months of continuous full-
     time service as an Employee of the Employer.

Form G.23000-C                        6

**400000009**

BQ 01496

## EFFECTIVE DATES OF PERSONAL BENEFITS

Your Personal Benefits will become effective on your Personal Benefits Eligibility Date provided you are then actively at work as an Employee. If you are not then actively at work as an Employee, your Personal Benefits will become effective on the date of your return to active work as an Employee.

If your Personal Benefits end because you cease to meet the definition of an eligible Employee, your coverage will be reinstated immediately (without completing another 12 months of continuous service) if you return to active work in an eligible class within 12 months from the date your eligibility ceased.

Form G.23000-D1                    7

**400000010**

BQ 01497

## LONG TERM DISABILITY BENEFITS

1. **DEFINITIONS**

A. "Actively at Work" or "Active Work" means that you are performing all of the material duties of your job with the Employer where these duties are normally carried out. If you were Actively at Work on your last scheduled working day, you will be deemed Actively at Work:

    (1) on a scheduled non-working day;

    (2) provided you are not disabled.

B. "Basic Monthly Earnings" means your monthly rate of pay from the Employer, excluding commissions, bonuses, overtime and other extra pay. Basic Monthly Earnings in effect as of the date of Disability will be used to compute your Monthly Benefit.

C. "Disability" or "Disabled" means that, due to an Injury or Sickness, you require the regular care and attendance of a Doctor and:

    (1) you are unable to perform each of the material duties of your regular job; and

    (2) after the first 24 months of benefit payments, you must also be unable to perform each of the material duties of any gainful work or service for which you are reasonably qualified taking into consideration your training, education, experience and past earnings; or

    (3) you, while unable to perform all of the material duties of your regular job on a full-time basis, are:

        (a) performing at least one of the material duties of your regular job or any other gainful work or service on a part-time or full-time basis; and

        (b) earning currently at least 20% less per month than your Indexed Basic Monthly Earnings due to that same Injury or Sickness.

D. "Eligible Survivor" means your lawful spouse, if living, otherwise your children who are under age 25. The term "children" also includes stepchildren and legally adopted children.

E. "Elimination Period" means the number of consecutive days of Disability before Long Term Disability Benefits become payable under This Plan. Your Elimination Period:

    (1) is set forth in the Schedule of Benefits; and

    (2) begins on the first day of Disability.

Form G.23000-6B            8

400000011

BQ 01498

## LONG TERM DISABILITY BENEFITS-Continued

Limited interruption of the Elimination Period is allowed for up to 14 calendar days. However, any days of Active Work during this time will not count toward satisfying the Elimination Period. Further, this limited interruption of the Elimination Period will not apply if, while you are Actively at Work, you become eligible for any other group long term disability insurance.

F. "Gross Monthly Benefit" means your Monthly Benefit amount without any reductions for Other Income Benefits and compensation earned while you are Disabled.

G. "Indexed Basic Monthly Earnings" means Basic Monthly Earnings in effect on the date Disability began, increased by 7%. The first increase will take place on the first of the month immediately following 12 months of continuous Disability. Subsequent increases will be compounded each year and take place on the anniversary of the first increase, provided you have been continuously receiving Disability Benefits under This Plan.

H. "Injury" means accidental bodily injury resulting independently of all other causes. The Injury must occur and Disability must begin while you are covered under This Plan.

I. "Medical Advice or Treatment" means:

   (1) medical treatment or consultation;

   (2) medical care or services;

   (3) diagnostic tests; or

   (4) taking of prescribed drugs or medicines.

J. "Mental Illness" means a mental, emotional or nervous condition of any kind.

K. "Pre-Existing Condition" means a Sickness or Injury for which you received Medical Advice or Treatment during the 90 day period immediately prior to your effective date of Personal Benefits.

L. "Recurrent Disability" means a Disability which is related or due to the same cause or causes as a prior Disability for which a Monthly Benefit was paid under This Plan.

M. "Retirement Plan" means a plan which provides retirement benefits to employees and which is not funded wholly by employee contributions. The term shall not include a profit sharing plan, a thrift plan, an individual retirement account (IRA), a tax-sheltered annuity (TSA), a stock ownership plan, a non-qualified plan of deferred compensation, or a 401(k) plan.

Form G.23000-6B                    9

BQ 01499

## LONG TERM DISABILITY BENEFITS-Continued

When used with the term Retirement Plan, "Disability Benefit" means money which:

(1) is payable under a Retirement Plan due to disability as defined in that plan; and

(2) does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined below).

When used with the term Retirement Plan, "Retirement Benefit" means money which:

(1) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

(2) does not represent contributions made by you; and

NOTE:    Payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received.

(3) is payable upon:

(a) early or normal retirement; or

(b) disability if the payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred.

N. "Sickness" means illness, disease or pregnancy.

## 2.   BENEFITS

### A.   Disability Benefit

When we receive proof that you are Disabled, we will pay a Monthly Benefit in accordance with the Schedule of Benefits. However, the amount of the Monthly Benefit when added to any compensation you may earn while Disabled can not exceed your Indexed Basic Monthly Earnings. When this happens, your Monthly Benefit will be reduced by the amount in excess of your Indexed Basic Monthly Earnings.

The Monthly Benefit will be paid to you after completion of the Elimination Period, shown in the Schedule of Benefits, provided you remain Disabled and proof of continued Disability is submitted, at your expense, to us upon request.

Form G.23000-6B                        10

BQ 01500

## LONG TERM DISABILITY BENEFITS-Continued

The Monthly Benefit will stop on the earliest of:

(1) the date that you cease to be Disabled;

(2) the date of your death;

(3) completion of the Maximum Benefit Duration shown in the Schedule of Benefits.

### B.  Survivor Benefit

If you die after satisfying the Elimination Period and while a Monthly Benefit is payable, we will pay to your Eligible Survivor a lump sum amount equal to 3 times your last Gross Monthly Benefit.

If payment becomes due to your children, payment will be divided equally among the children. Such payment will be made directly to the children or to a person named by us to receive payment on behalf of the children. This designation will be valid and effective against all claims by others who represent or claim to represent the children.

If no Eligible Survivor exists, no benefits will be paid.

### C.  Waiver Of Payments Benefit

Payments normally required for you toward the cost of LONG TERM DISABILITY BENEFITS are waived during any period for which a Monthly Benefit is payable.

### 3.  REDUCTION OF BENEFITS

The Monthly Benefit, as reduced by Other Income Benefits shown in the Table of Other Income Benefits, will be subject to the following:

### A.  Minimum Benefit Amount

The amount of the Monthly Benefit payable to you will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.

### B.  Cost Of Living Freeze

The Monthly Benefit will not be further reduced due to cost of living increases:

(1) that are payable under Other Income Benefits; and

(2) that occur after the initial reduction for these Other Income Benefits has been determined.

Form G.23000-6B                    11

400000014

BQ 01501

## LONG TERM DISABILITY BENEFITS-Continued

### C. Lump Sum Payments

If Other Income Benefits are paid in a lump sum, the sum shall be spread on a monthly basis over the period of time stated in the calculation of such sum. If no period of time is stated, the sum will be spread on a monthly basis over your life expectancy, using appropriate actuarial tables.

### D. Estimating Social Security Benefits

We reserve the right to reduce your Monthly Benefit by estimating Social Security benefits.

However, for the first 3 months of Monthly Benefit payments, we will not reduce the Monthly Benefit by estimated Social Security benefits. And if, prior to the end of this 3 month period:

(1) we receive proof that you have applied for Social Security benefits; and

(2) you have signed the Agreement Concerning Long Term Disability Benefits, as explained below;

your Monthly Benefits during the first 24 months of Monthly Benefit payments will not be reduced by an estimate of Social Security benefits.

The Agreement Concerning Long Term Disability Benefits:

(1) confirms that you will repay all overpayments; and

(2) authorizes us to obtain the information on awards directly from the Social Security Administration.

If you have not received approval or final denial of your claim from the Social Security Administration by the end of this 24 month period, we will begin reducing your Monthly Benefit by an estimate of Social Security benefits. For purposes of this section, final denial of your claim means that you have received a "Notice of Denial of Benefits" from an Administrative Law Judge.

In any case, when you do receive approval or final denial of your claim from the Social Security Administration:

(1) your Monthly Benefit will be adjusted; and

(2) you must promptly refund to us an amount equal to all overpayments. If you do not promptly make such refund to us, we may at our option, reduce or offset against any future benefits payable to you.

400000015

BQ 01502

# LONG TERM DISABILITY BENEFITS-Continued

## Table Of Other Income Benefits

Other Income Benefits are those benefits below which apply to you and to your spouse, child or children, as indicated.

The Other Income Benefits are:

(1) The amount you receive or for which you are eligible under: (a) any Workers' or Workmen's Compensation law; (b) occupational disease law; and (c) any other act or law of like intent.

(2) The amount of disability income benefits you receive or for which you are eligible under any Compulsory Benefit act or law.

(3) The amount of any disability income benefit for which you are eligible under: (a) any other group insurance plan of the Employer; or (b) any governmental retirement system as a result of your job with the Employer.

(4) The amount of benefits you receive under the Employer's Retirement Plan as follows: (a) any Disability Benefit; (b) any Retirement Benefits.

(5) The amount of disability or retirement benefits under the United States Social Security Act or any other governmental disability or retirement program as follows: (a) disability or unreduced retirement benefits for which you, your spouse, child or children are eligible; or (b) reduced retirement benefits received by you, your spouse, child or children.

The above amounts, except for retirement benefits, are benefits resulting from the same disability for which a Monthly Benefit is payable under This Plan.

## 4. RECURRENT DISABILITY

If, after a period of Disability for which a Monthly Benefit has been paid under This Plan, you:

(1) resume your regular job on a full-time basis; and

(2) perform all the material duties for less than six consecutive months;

any Recurrent Disability will be a part of the same period of Disability. Our liability for the entire period will be subject to the terms of This Plan for the prior Disability.

If, after a period of Disability for which a Monthly Benefit has been paid under This Plan, you:

(1) resume your regular job on a full-time basis; and

400060016

BQ 01503

## LONG TERM DISABILITY BENEFITS-Continued

(2) perform all the material duties for six consecutive months or more;

any Recurrent Disability will be treated as a new period of Disability. You must complete a new Elimination Period before Monthly Benefits are payable.

If you become eligible for coverage under any other group long term disability policy, this Recurrent Disability provision will not apply.

5.  EXCLUSIONS/LIMITATIONS

A.  **General Exclusions**

This Plan does not cover any Disability which results from or is caused or contributed to by:

(1) war, insurrection, or rebellion;

(2) active participation in a riot;

(3) intentionally self-inflicted injuries or attempted suicide;

(4) the commission by you of a felony.

B.  **Pre-Existing Condition Limitation**

This Plan does not provide benefits for any Disability that is caused by, contributed to by, or resulting from a Pre-Existing Condition, unless the Disability begins after you have been covered under This Plan for 12 consecutive months.

C.  **Mental Illness Limitation**

While you are Disabled due to a Mental Illness and confined in a hospital or institution, the Monthly Benefit will be payable up to the Maximum Benefit Duration shown in the Schedule of Benefits.

While you are Disabled due to a Mental Illness and not confined in a hospital or institution, the Monthly Benefit will be payable up to the lesser of:

(1) 24 months; or

(2) the Maximum Benefit Duration shown in the Schedule of Benefits.

But in no event will the Monthly Benefit be payable for longer than the Maximum Benefit Duration during a period of continuous Disability due to a Mental Illness, whether you are or are not confined in a hospital or institution.

Form G.23000-6B                    14

400000017

BQ 01504

## LONG TERM DISABILITY BENEFITS-Continued

### 6. CONTINUITY OF COVERAGE UPON TRANSFER OF INSURANCE CARRIERS

In order to prevent loss of your coverage because of a transfer of insurance carriers, This Plan will provide coverage for you as follows:

### A. Failure To Be Actively At Work Due To Injury Or Sickness

This Plan will cover you, if you:

(1) were covered under the prior carrier's plan at the time of transfer; and

(2) are not Actively at Work due to Injury or Sickness;

provided the required payment toward the cost of LONG TERM DISABILITY BENEFITS is made to us for you.

The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

### B. Disability Due To A Pre-Existing Condition

If you were covered under the prior carrier's plan at the time of transfer and Actively at Work and covered under This Plan on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

The benefit will be determined according to This Plan, if you:

(1) satisfy the Pre-Existing Condition limitation, under This Plan; or

(2) would have satisfied the Pre-Existing Condition limitation under the prior carrier's plan, giving consideration towards continuous time covered under This Plan and the prior carrier's plan.

However, no benefit will be paid if you cannot satisfy the Pre-Existing Condition limitation under (1) or (2) above.

Form G.23000-6B                    15

400000018

BQ 01505

## WHEN BENEFITS END

1.  All of your benefits will end on the date your employment ends or on the date you cease to meet the definition of an Employee, if earlier. Your employment ends when you cease active work as an Employee. However, for the purpose of benefits, the Employer may deem your employment to continue for certain absences. See CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE.

2.  If This Plan ends in whole or in part, your Long Term Disability Coverage will end.

3.  Your Long Term Disability Monthly Benefits will end as set forth in LONG TERM DISABILITY BENEFITS.

The end of your Long Term Disability Coverage will not affect a claim which is incurred before coverage ended, except as noted in both the definition of Elimination Period and the Recurrent Disability provision found in LONG TERM DISABILITY BENEFITS.

Form G.23000-F                 16

BQ 01506

## CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE

If you are not actively at work as an Employee because of your sickness or injury, the Employer may deem you to be in active work as an Employee only for the purpose of continuing your employment and only for the period specified below in order that your Long Term Disability Benefits under This Plan may be continued.

All such benefits will be subject to prior cessation as set forth in WHEN BENEFITS END.

In any case, the benefits will end on:

(a) the date the Employer notifies us that your benefits are not to be continued; or

(b) the end of the last period for which the Employer has paid premiums to us for your benefits.

Your benefits will be continued for the period determined in accordance with the Employer's general practice for an Employee in your job class.

Form G.23000-L                    17

CC000020

BQ 01507

# CLAIM PROCEDURE FOR LONG TERM DISABILITY BENEFITS

## 1. WHEN NOTICE OF CLAIM MUST BE GIVEN

Written notice of a claim must be given to us during the Elimination Period.

## 2. CLAIM FORMS

When we receive written notice of a claim, we may furnish printed forms for filing proof of the claim. If we do not furnish printed forms within 15 days after you give us notice, you must furnish your own form of proof in writing.

Proof must describe the event, the nature and the extent of the cause for which a claim is made; it must be satisfactory to us.

## 3. WHEN PROOF OF CLAIM MUST BE GIVEN

Written proof of a claim must be given to us not later than 90 days following the Elimination Period.

## 4. LATE NOTICE OR PROOF

If notice or proof is not given on time, the delay will not cause a claim to be denied or reduced as long as the notice or proof is given as soon as possible.

## 5. TIME LIMITS ON STARTING LAW SUITS

No law suit may be started to obtain benefits until 60 days after proof is given. No law suit may be started more than 3 years after the time proof must be given.

## 6. MEDICAL EXAMINATION

While a claim is pending, we, at our expense, have the right to have you examined by Doctors of our choice when and as often as we reasonably choose.

## 7. TIME LIMIT FOR PAYMENT OF A CLAIM

If the written proof of a claim:

(a) has been made on time; and

(b) is satisfactory to us;

we will pay the accrued benefits monthly at the end of the period for which they are due.

Form G.23000-H                    18

400000021

BQ 01508

## NOTICES

This certificate is of value to you. It should be kept in a safe place. Your Eligible Survivor should know where the certificate is kept.

As soon as your benefits end, you should consult your Employer to find out what rights, if any, you may have to continue your protection.

The insurance evidenced by this certificate is not in lieu of and does not affect any requirement for coverage by workers' compensation insurance.

The Policy under which you are insured is issued and delivered in the State of Washington and is governed by the laws of that State.

Our Home Office is located at 1 Madison Avenue, New York, New York 10010.

Form G.23000-E                    19

400000022

BQ 01509

# EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) INFORMATION

The information furnished in this booklet constitutes the Summary Plan Description required by Federal Law. To comply with the law, the following additional information is also furnished.

## NAME OF PLAN

Airborne Express Long Term Disability Plan.

## NAME AND ADDRESS OF EMPLOYER

Airborne Freight Corporation
3101 Western Avenue
Seattle, WA  98111-0662

or

ABX Air, Inc.
145 Hunter Drive
Wilmington, OH  45177

## PLAN SPONSOR

Airborne Freight Corporation
3101 Western Avenue
Seattle, WA  98111-0662
(206) 285-4600

## EMPLOYER IDENTIFICATION NUMBER AND PLAN NUMBER

91-0837469                                              503

## TYPE OF PLAN

Long Term Disability Benefits

## TYPE OF ADMINISTRATION

The Plan is insured by Metropolitan Life Insurance Company.

## PLAN ADMINISTRATOR

Airborne Freight Corporation
3101 Western Avenue
Seattle, WA  98111-0662
(206) 285-4600

## AGENT FOR SERVICE OF LEGAL PROCESS

For disputes arising under the plan, service of legal process may be made on the plan administrator or on the Secretary of the Corporation at Airborne Freight Corporation at the above address. For disputes arising

20

400000023

BQ 01510

## ERISA INFORMATION-Continued

under the insurance contract, service of legal process may be made upon Metropolitan at one of its local offices, or upon the supervisory official of the Insurance Department in the state in which you reside.

### CONTRIBUTIONS

Airborne Express pays the full cost of Long Term Disability Benefits. You are not required to make contributions in order to be covered for these benefits.

### PLAN YEAR

The plan's fiscal records are kept on a policy year beginning January 1 and ending on the following December 31.

### COLLECTIVE BARGAINING AGREEMENTS

Certain employees who are subject to collective bargaining agreements are eligible to participate in this plan. To determine if these provisions apply to you, contact your Human Resources Department.

### DETAILS OF THE PLAN

This booklet contains details of the plan regarding eligibility for participation, description of benefits, and disqualification, ineligibility, denial, loss, forfeiture or suspension of benefits. Although it is Airborne Express' intent to continue the Plan indefinitely, Airborne Express reserves the right to amend or terminate the plan at any date.

If the plan is changed or terminated for any reason, you will receive adequate notice.

If the plan is terminated, you will be paid for bonafide claims incurred prior to the date of plan termination, only.

Long Term Disability Benefits cannot be converted to individual coverage.

### CLAIMS PROCEDURE

**Claims are paid by:**

Metropolitan Life Insurance Company
LTD Claim Office
1660 Feehanville Drive
Mt. Prospect, IL 60056

21

400000024

BQ 01511

## ERISA INFORMATION-Continued

### Procedures For Presenting Claims For Benefits

Claim forms needed to file for benefits under the group benefit plan can be obtained from Human Resources. This Office will also be ready to answer questions about the benefits and to assist you or your eligible survivor in filing claims.

The instructions on the claim form should be followed carefully. This will expedite the processing of the claim. Be sure all questions are answered fully and any required medical statements are submitted with the claim form.

The completed claim form should be returned to Human Resources which will certify that you are covered under the plan and will then forward the claim form to Metropolitan.

When the claim has been processed, you or your eligible survivor will be notified of the benefits paid. If any benefits have been denied, you or your eligible survivor will receive a written explanation.

### Routine Questions

If there is any question about a claim payment, an explanation can be requested from Metropolitan through your employer or by direct contact with your Metropolitan Group LTD Claim Office.

### Requesting A Review Of Claims Denied In Whole Or In Part

In the event a claim has been denied in whole or in part, you or your eligible survivor can request a review of your claim by Metropolitan. This request for review should be sent to Group Insurance Claims Review at the address of Metropolitan's office which processed the claim within 60 days after you or your eligible survivor receive notice of denial of the claim. When requesting a review, please state the reason you or your eligible survivor believe the claim was improperly denied and submit any data, questions or comments you or your eligible survivor deem appropriate.

Metropolitan will re-evaluate all information and you or your eligible survivor will be informed of the decision in a timely manner.

### STATEMENT OF ERISA RIGHTS

The following statement is required by federal law and regulation.

22

400060025

BQ 01512

## ERISA INFORMATION-Continued

As a participant in this plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

1. Examine, without charge, at the plan administrator's office or at the Human Resources Department and at other specified locations, all plan documents, including insurance contracts, collective bargaining agreements, if any, and copies of all documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

2. Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may make a reasonable charge for the copies. It is recommended that participants who wish to obtain copies first inquire as to what the cost will be.

3. Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this Summary Annual Report. In accordance with ERISA, these documents are sent to you annually.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If

23

400000026

BQ 01513

## ERISA INFORMATION-Continued

you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

### DISCRETIONARY AUTHORITY OF PLAN ADMINISTRATOR AND OTHER PLAN FIDUCIARIES

In carrying out their respective responsibilities under the plan, the plan administrator and other plan fiduciaries shall have discretionary authority to interpret the terms of the plan and to determine  eligibility for and entitlement to plan benefits in accordance with the terms of the plan. Any interpretation or determination made pursuant to such discretionary authority shall be given full force and effect, unless it can be shown that the interpretation or determination was arbitrary and capricious.

Note:   In the event of any inconsistency between the description of the plan provisions contained in this booklet and the actual provisions of the group insurance policy, the actual provisions of the insurance policy shall prevail.

24

400000027

BQ 01514

# A I R B O R N E   E X P R E S S

Summary Plan Description

for

Airborne Freight Corporation

Full-Time Employees

## 1999

Nothing contained in this booklet is intended to be a term or condition of the Company's employment of any individual.
Airborne Express specifically reserves the right to eliminate, modify, and interpret any of these programs and guidelines at any
time at its sole discretion. [GOF, BAF, CAF, NYF, NJF, PRF, RIF, WPF, BA4, CA4]



400000029

BQ 01515

·ERISA

The Dependent Care Spending Account Plan's fiscal records are kept on a calendar year basis beginning January 1 and ending on the following December 31.

The Profit Sharing Plan's and Capital Accumulation Plan's (CAP) fiscal records are kept on a plan year basis beginning January 1 and ending on the following December 31.

The Minimum Monthly Retirement Income Plan's fiscal records are kept on a plan year basis beginning January 1 and ending on the following December 31.

**Details of the Plan:**

This booklet contains details of the Plans regarding eligibility for participation, description of benefits, and disqualification, ineligibility, denial, loss, forfeiture or suspension of benefits. Although it is the Plan Sponsor's intent to continue the Plans indefinitely, the Plan Sponsor reserves the right to amend or terminate any of the Plans at any date.

The benefits of these Plans are governed by official plan documents, which may be modified or terminated in accordance with each Plan's amendment and termination procedures.

If a Plan is changed or terminated for any reason, you will receive adequate notice.

If a Plan is terminated, you will be paid for bona fide claims incurred prior to the date of Plan termination only.

**Collective Bargaining Agreements:**   Certain employees who are subject to collective bargaining agreements are eligible to participate in these plans. To determine if these provisions apply to you, contact your Human Resources Department.

## STATEMENT OF ERISA RIGHTS

As a participant in these Plans, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

1.  Examine, without charge, all Plan documents, including insurance contracts, collective bargaining agreements, and copies of all documents filed by the Plan Administrator with the U.S. Department of Labor, such as detailed annual reports and Plan descriptions. The items are available for examination at the Human Resources Department.

2.  Obtain copies of all Plan documents and other Plan information by writing to the Plan Administrator. Since there may be a reasonable charge for reproducing the documents, it is recommended that participants who wish to obtain copies first inquire as to what the cost will be.

3.  Receive annually, along with other participants, a summary of the Plan's financial condition. In accordance with ERISA, these documents, called Summary Annual Reports, are provided to employees annually.

188

400000029

BQ 01516

4.   Obtain a statement telling you whether you have a right to receive a benefit at Normal Retirement and, if so, what your benefit would be at Normal Retirement if you stop working under the Plan now. If you do not have a right to a benefit, the statement will tell you how many more years you have to work to get a right to a benefit. This statement must be requested in writing and is not required to be given more than once a year. The Plan Administrator must provide the statement free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA. If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days of the date the plan receives your request, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim frivolous. If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

## AUTHORITY OF FIDUCIARIES

In carrying out their respective responsibilities under the Plans, the Plan Administrator, the Claims Administrator (i.e., those responsible for reviewing claims to determine eligibility for payment under the terms of the plan), the insurance companies, and other Plan fiduciaries shall have full and absolute discretionary authority to administer and interpret the terms of the Plans and to determine eligibility for and entitlement to Plan benefits. Any interpretation or determination made under such discretionary authority will be given full force and effect and shall be binding on the participants, employees, their dependents and all interested parties, unless it can be shown that the interpretation or determination was arbitrary and capricious.

**Note:** The Life, AD&D, and Long Term Disability benefits described in this summary plan description (SPD) are provided under insurance contracts with Metropolitan Life Insurance Company. The Business Travel Accident and Voluntary Accident Insurance benefits described in this SPD are provided under insurance contracts with AIG Life Insurance Company. The Group Universal Life Insurance benefits described in the SPD are provided under an insurance contract with The Prudential Insurance Company of America. These insurance contracts are on file with the

189

400000030

BQ 01517

Plan Administrator and are available for your review. If the SPD and the insurance contracts conflict, the insurance contracts will govern plan administration and benefit payments.

**ERISA**

190

4 31

BQ 01518