## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. BOURQUE,<br><br>     Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AIRBORNE EXPRESS LONG TERM DISABILITY PLAN, AIRBORNE, EXPRESS, INC.<br><br>     Defendants. | Civil Action No.: 04-12037-WGY |

## PLAINTIFF'S MOTION TO COMPLETE RECORD ON REVIEW
## WITH RULE 7.1 CERTIFICATION

NOW COMES the plaintiff, Deborah Bourque ("Ms. Bourque"), pursuant to Rule 7(b) of F.R.C.P., Rule 7.1 of the local rules of this Court, moving this Court to enter an order permitting the plaintiff to complete the record on review by adding: (1) MetLife's Claim Guidelines which were ordered produced in ERISA litigation in the Southern District of New York; and (2) information that MetLife's file reviewer, Dr. Gary Philip Greenhood, MD completed 1,536 filed reviews for MetLife in 2003 as disclosed in litigation in the Southern District of New York.

In further support of this motion, plaintiff has filed a memorandum of law herewith and the declaration of Jonathan M. Feigenbaum containing the two (2) documents that Ms. Bourque seeks to add to the record on review. Those documents are identified as EXHIBIT A and EXHIBIT B to the Feigenbaum Declaration.

## RULE 7.1 CERTIFICATION

Plaintiff's counsel certifies that he conferred with attorney Constance McGrane who represents MetLife in this matter, before filing this motion, and provided copies of the documents to her for review.

    WHEREFORE, plaintiff prays that this motion be allowed.

                            DEBORAH BOURQUE
                            */s/ Jonathan M. Feigenbaum*

                            Jonathan M. Feigenbaum, Esq.
                            B.B.O. #546686
                            Philips & Angley
                            One Bowdoin Square
                            Boston, MA 02114
                            Tel. No. : (617) 367-8787

Date: May 4, 2005
L:\Dbor002\motion.tocompleterecordonreview.wpd