UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH M. BOURQUE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, AIRBORNE EXPRESS LONG
TERM DISABILITY PLAN, AIRBORNE,
EXPRESS, INC.

    Defendants.

Civil Action No.: 04-12037-WGY

**DECLARATION OF JONATHAN M. FEIGENBAUM, ESQUIRE
VERIFYING EXHIBITS A - B TO PLAINTIFF'S MOTION
TO COMPLETE RECORD ON REVIEW**

I, Jonathan M. Feigenbaum, hereby on oath depose and state as follows:

1.     I am an attorney duly authorized and admitted to the practice of law in the courts of the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts.

2.     I am counsel of record for the Plaintiff in this action.

3.     The purpose of this declaration is to verify the authenticity of certain documents referred to in the plaintiff's motion and memorandum to complete the record on review.

2

4.Attached as <u>Exhibit A</u> is a true copy of the Metropolitan Life Insurance Company, Inc., claim guidelines as disclosed in Palmiotti v. MetLife. Those documents were delivered to Mr. Palmiotti's counsel, Scott Riemer, who provided a copy to me. The notations on the lower right corner are numbers placed on the documents by MetLife.

5.Attached as <u>Exhibit B</u> is a true copy of a letter written by MetLife's counsel, Alan Marcus, Esquire, under the terms of a Court order in which he answered questions by letter form, rather than formal interrogatories. The letter was delivered to Mr. Winkler's counsel, Scott Riemer, who provided a copy to me. That letter discloses that Dr. Gary Philip Greenhood completed 1,536 file reviews for MetLife in 2003.

Signed under the pains and penalties of perjury this May 3, 2005 at Boston, Massachusetts./s/ Jonathan M. Feigenbaum

_____
Jonathan M. Feigenbaum, Esq.

L:\Dbor002\verifying.declaration.wpd