**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

DEBORAH M. BOURQUE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, AIRBORNE EXPRESS LONG
TERM DISABILITY PLAN, AIRBORNE,
EXPRESS, INC.

    Defendants.

Civil Action No.: 04-12037-WGY

**EXHIBIT B TO MOTION OF PLAINTIFF TO COMPLETE
RECORD ON REVIEW**

DEBORAH BOURQUE
*/s/ Jonathan M. Feigenbaum*

Jonathan M. Feigenbaum, Esq.
B.B.O. #546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

**LESTER SCHWAB KATZ & DWYER, LLP**
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

ALLAN M. MARCUS
Writer's Direct Dial: (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

October 26, 2004

**Via Hand Delivery**

Scott M. Riemer, Esq.
60 East 42nd Street, 47th Floor
New York, NY 10165

Re: **Mark Winkler v. Metropolitan Life Insurance Company**
03 CV 9656 (SAS)(AJP)

Dear Scott:

In accordance with the Court's Order of July 30, 2004, defendant Metropolitan Life Insurance Company ("MetLife") hereby produces the following documents:

1. MetLife's group policy no. 91630-G. (Exhibit A)

2. Computer screen prints related to plaintiff's claim. (Exhibit B)

3. Curriculum vitae for MetLife's independent physician consultants ("IPCs"), Dr. Greenhood, Dr. Kilburn and Dr. Shallcross. (Exhibit C)

4. Sections of MetLife's claims manual that refer to HIV and depression. (Exhibit D) Since these are confidential, proprietary materials, I have enclosed a Confidentiality Stipulation and Order for you to execute and return to me.

5. MetLife's communications with the IPCs relating to plaintiff's claim are found in the claim file already produced to plaintiff. MetLife has not found any other such communications.

6. MetLife inquired of the IPCs as to whether they maintained any separate files with respect to plaintiff's claim. They each responded that they do not maintain any separate files.

In addition, MetLife provides the following information pursuant to the Court's Order:

1. <u>Affiliations of IPCs</u>: None of the IPCs are MetLife employees. As reflected in their CVs, Dr. Greenhood is an urgent care physician affiliated with Kaiser Permanente in Atlanta, Georgia, as well as doing consulting work. Dr. Kilburn is employed as Medical Director for Prest & Associates in Madison, Wisconsin and

LESTER SCHWAB KATZ & DWYER, LLP

Scott M. Riemer, Esq.
October 26, 2004
Page 2

        Atlanta, Georgia, and also does independent consulting work. Dr. Shallcross is in private practice in Atlanta, Georgia, where he is associated with several area hospitals. He also does consulting work for various insurance companies and for the Social Security Administration.

2.   <u>Consulting for MetLife as Percentage of IPC's Workload</u>: MetLife inquired of the IPCs as to approximately what percentage of their current workload is consulting for MetLife. Their responses were: Dr. Greenhood: 80%; Dr. Kilburn: 33%; Dr. Shallcross: 40%.

3.   <u>Frequency of MetLife's Consultation with IPC's</u>: MetLife found that it consulted Dr. Greenhood 1,536 times on disability claims in 2003; Dr. Kilburn 414 times on disability claims in 2003; Dr. Shallcross 287 times on disability claims in 2003.

4.   <u>MetLife's Decision-Maker</u>: The MetLife employees who made the final decision to deny plaintiff's benefit claim were Ferne Conroy and Ann Gunby.

                                  Very truly yours,

                                  ALLAN M. MARCUS
                                  Of Counsel

AMM:dg/645373
Enclosure