UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DEBORAH M. BOURQUE**<br><br>Plaintiff<br><br>v.<br><br>**MET LIFE, ET AL**<br>**Defendant** | Civil Action<br>No: 04-12037-WGY |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, C.J.**

    The Court having been advised on MAY 23, 2005 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

May 23, 2005

**To: All Counsel**