IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. BOURQUE, | : |
| Plaintiff, | : |
| v. | : Civil Action |
| | : No. 04-12037-WGY |
| METROPOLITAN LIFE INSURANCE COMPANY, AIRBORNE EXPRESS LONG TERM DISABILITY PLAN, AIRBORNE EXPRESS, INC., | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL REMAINING CLAIMS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated that all claims between the parties -- Plaintiff Deborah M. Bourque and Defendants Metropolitan Life Insurance Company, Airborne Express Long Term Disability Plan and Airborne Express, Inc. -- are dismissed with prejudice, waiving all rights of appeal, and each party shall bear its own counsel fees and costs.

*[signature]*

Jonathan M. Feigenbaum, Esquire
B.B.O. #546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
617-367-8787

Attorneys for Plaintiff
Deborah M. Bourque

*[signature]*
Constance M. McGrane
B.B.O # 546745
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

*[signature]* by CMM per tel. authorization 5/20/05
Jeffrey W. Moss
B.B.O. # 552421
Morgan Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, MA 02110
617-451-9700

Attorneys for Defendant Metropolitan Life Insurance Company,
Defendants Airborne Express Long
Term Disability Plan, and Airborne Express, Inc.

DATED: 5/24/05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 5/24/05

*[signature]* Constance M. McGrane